JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA MILUKHIN, | Case No.: 8:18-cv-02079-JLS (ADS) |
| Plaintiff, | ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS |
| v. | |
| RESIDENCE INN BY MARRIOTT INTERNATIONAL, INC., AND DOES 1 TO 50, | |
| Defendants. | |

**<u>ORDER</u>**

Pursuant to the parties' Stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action, including all claims and counterclaims asserted against all parties, is hereby dismissed with prejudice.

DATED: 03/13/2020

JOSEPHINE L. STATON
Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE